Case No. 11-56325

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

JOHN DOE, an individual,

*Plaintiff and Appellee,*

v.

GANGLAND PRODUCTIONS, INC., an Illinois Corporation and A&E TELEVISION NETWORKS, LLC,

*Defendants and Appellants.*

On Appeal from the United States District Court
for the Central District of California
The Honorable Andrew J. Guilford
Case No. **SA CV11-00389 AG (MLGx)**

## MOTION TO <u>PROVISIONALLY</u> FILE OPENING BRIEF AND EXCERPTS OF RECORD, VOLUME 2, UNDER SEAL

KELLI L. SAGER (State Bar No. 120162)
kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
rochellewilcox@dwt.com
LISA J. KOHN (State Bar No. 260236)
lisakohn@dwt.com
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800/ Facsimile: (213) 633-6899

Attorneys for Defendants and Appellants
GANGLAND PRODUCTIONS, INC. and
A&E TELEVISION NETWORKS, LLC

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FEB 01 2012

FILED
DOCKETED
DATE          INITIAL

Pursuant to Circuit Rule 27-13, defendants and appellants Gangland Productions Inc. and A&E Television Networks LLC (collectively, "A&E") respectfully request permission to <u>provisionally</u> submit under seal their Opening Brief and Excerpts of Record, Volume 2, solely to permit Plaintiff an opportunity to establish his right to have certain information filed under seal in this Court.[1]

Plaintiff filed this lawsuit using a pseudonym, without seeking court permission or moving for a protective order. For purposes of expediency, to obtain confirmation of Plaintiff's identity so that A&E could proceed with its Special Motion to Strike under California Code of Civil Procedure § 425.16, A&E agreed on April 19, 2011 to redact Plaintiff's name, likeness, gang name/affiliation, and episode information from the publicly-filed versions of its Motion and supporting evidence, and to submit to the district court the Special Motion to Strike and supporting evidence <u>provisionally</u> under seal so that Plaintiff would have an opportunity to file a motion for protective order.[2] Notwithstanding this agreement, Plaintiff failed to move for a protective order within the agreed-upon period. Indeed, <u>Plaintiff never has moved for a protective order</u> and he did not offer any

---

[1] Pursuant to Circuit Rule 27-13(c), A&E states that this motion to seal and the documents attached may be made available to the public.

[2] Attached as Exhibit A is a partially redacted copy of the email exchange between Plaintiff's counsel and A&E's counsel that reflects this agreement, in which Plaintiff's counsel agreed to secure a protective order within three months.

1

evidence in the district court to support his demand that A&E submit identifying information under seal.

Nonetheless, solely as a courtesy to Plaintiff, A&E seeks to <u>provisionally</u> file unredacted copies of its Opening Brief and Excerpts of Records, Volume 2, under seal, so that he has an opportunity to seek a sealing order from this Court. A&E is concurrently filing versions of its Opening Brief and Excerpts of Records, Volume 2, with Plaintiff's name, likeness, gang name/affiliation and episode information redacted.[3]

It is A&E's position that for a variety of reasons – including Plaintiff's express agreement that A&E could use his unobstructed image in the <u>Gangland</u> program at issue here – Plaintiff will not be able to meet his burden of establishing a basis for sealing any part of the record before this Court. <u>E.g.</u>, <u>Kamakana v. City & County of Honolulu</u>, 447 F.3d 1172, 1181-1182 (9th Cir. 2006); <u>Foltz v. State</u>

---

[3] The Excerpts of Record contains portions of the following documents, which were submitted to the district court under seal: (1) Defendants Gangland Productions Inc. and A&E Television Networks, LLC's Notice of Motion and Special Motion to Strike Plaintiff's Amended Complaint; Memorandum of Points and Authorities; (2) Declaration of Stephanie Kovac; (3) Declaration of Jennifer Shaffer; (4) Declaration of Douglas S. Kneissl; (5) Plaintiff John Doe's Memorandum in Opposition to Defendants' Special Motion to Strike Plaintiff's First Amended Complaint; (6) Declaration of [Plaintiff] in Support of Plaintiff's Opposition to Defendants' Special Motion to Strike Plaintiff's First Amended Complaint; and (7) Defendants Gangland Productions Inc. and A&E Television Networks, LLC's Evidentiary Objections. The district court's sealing orders, which are attached as Exhibits B, C, and D, make clear that these documents were "conditionally filed under seal pending Plaintiff's motion for protective order."

Farm Mutual Auto. Insurance Company, 331 F.3d 1122, 1135 (9th Cir. 2003) (party seeking to submit documents submitted with dispositive motion under seal must demonstrate "compelling reasons" to submit documents under seal). In the event Plaintiff fails to promptly seek and obtain a sealing order, A&E asks that these materials be unsealed.

    RESPECTFULLY SUBMITTED this 31st day of January, 2012.

    DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ROCHELLE L. WILCOX
LISA J. KOHN

By *Kelli L. Sager /AK*
    Kelli L. Sager

Attorneys for Defendants and Appellants
GANGLAND PRODUCTIONS, INC. and
A&E TELEVISION NETWORKS, LLC

**From:** Leslie Vandale [LVandale@Schifferbuus.com]
**Sent:** Tuesday, April 19, 2011 12:58 PM
**To:** Wilcox, Rochelle
**Subject:** RE: John Doe v. Gangland Productions

Rochelle,

Yes, we agree with your understanding of the proposed agreement and agree that the email exchange is adequate.

Thank you!

---

Leslie F. Vandale
SCHIFFER & BUUS, APC
Telephone: (949) 825-6140



---

**From:** Wilcox, Rochelle [mailto:rochellewilcox@dwt.com]
**Sent:** Tuesday, April 19, 2011 11:49 AM
**To:** Leslie Vandale
**Cc:** Wilcox, Rochelle
**Subject:** RE: John Doe v. Gangland Productions

Hi Leslie,

We do not agree with your claims about the need to redact the information described below (name, likeness, gang name/affiliation and episode information) but will enter into the proposed agreement for the purpose of expediency, to get/confirm Plaintiff's identity. To summarize, our agreement is that for a period of three months Defendants will redact from any papers we file Plaintiff's name, likeness, gang name/affiliation and episode information. This will give Plaintiff the time to file a motion regarding Plaintiff's claim that a protective order is necessary in this case. Defendants reserve their right to oppose any motion Plaintiff might file on this issue and do not concede that Plaintiff's identity is entitled to any privacy protection. Is that your understanding? If so, I believe that our email exchange is adequate to establish our agreement but let me know if you disagree. Thanks!

**Rochelle Wilcox | Davis Wright Tremaine LLP**
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6800 | Fax: (213) 633-6899
Email: rochellewilcox@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** Leslie Vandale [mailto:LVandale@Schifferbuus.com]

6/3/2011

**Sent:** Tuesday, April 19, 2011 10:52 AM
**To:** Wilcox, Rochelle
**Subject:** RE: John Doe v. Gangland Productions

The name of the gang and the episode are an important part of what needs to be protected because Plaintiff's identity can easily be determined from knowing these facts. If the episode is disclosed, the plaintiff's identity is essentially disclosed. Our client's safety is a significant concern. He has had people show up at his house with guns as a result of his face and information being aired on the episode. At a minimum, we would want an agreement to redact all of the identifying information (name, likeness, gang name/affiliation and episode information) for the three month period.

If we can't agree on this, our office can file a motion on these issues, and extend your clients' time to respond as necessary to allow for the court to rule.

---

Leslie F. Vandale
SCHIFFER & BUUS, APC
Telephone: (949) 825-6140



---

**From:** Wilcox, Rochelle [mailto:rochellewilcox@dwt.com]
**Sent:** Tuesday, April 19, 2011 10:13 AM
**To:** Leslie Vandale
**Cc:** Wilcox, Rochelle
**Subject:** RE: John Doe v. Gangland Productions

Hi Leslie,

Thanks for the email. I don't understand the need to avoid naming the gang or the episode name or number. How could that possibly be information that Plaintiff is entitled to keep confidential? Also, even if we did agree to keep this information confidential (although I would need to understand why before I could make any recommendation to my client), I don't think we can agree to submit all of the briefing under seal. The CRC doesn't allow that broad of a sealing when we can redact information that you claim is private and provide the interim protection you're seeking.

**Rochelle Wilcox | Davis Wright Tremaine LLP**
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6800 | Fax: (213) 633-6899
Email: rochellewilcox@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** Leslie Vandale [mailto:LVandale@Schifferbuus.com]
**Sent:** Tuesday, April 19, 2011 9:51 AM
**To:** Wilcox, Rochelle
**Subject:** RE: John Doe v. Gangland Productions

6/3/2011

Hi Rochelle,

Your client is entitled to know Plaintiff's identity, and we understand your position. We are generally in agreement with your proposal below. However, the scope of the interim protection would also need to include any reference to plaintiff's gang name/affiliation as well as the episode name or number. Due to the extent of information that may need to be redacted, we would prefer to stipulate that any documents filed by Defendants are to be filed under seal for a period of three months, rather than filed in a redacted version. We are agreeable to any such stipulation including the Defendants' reservation of rights and the fact that Defendants do not concede that Plaintiff's identity is entitled to protection, as you indicated below.

Leslie F. Vandale
SCHIFFER & BUUS, APC
Telephone: (949) 825-6140



SCHIFFER|BUUS APC

**From:** Wilcox, Rochelle [mailto:rochellewilcox@dwt.com]
**Sent:** Friday, April 15, 2011 11:35 AM
**To:** Leslie Vandale
**Cc:** Wilcox, Rochelle
**Subject:** RE: John Doe v. Gangland Productions

Hi Leslie,

Thanks for your email. We cannot concede that Plaintiff's identity is entitled to any privacy protections so could not make any open-ended agreement. We can agree that in order to address the immediate need to obtain Plaintiff's identity, Defendants will agree to submit any documents that Defendants file in a redacted version, removing Plaintiff's identity, for a period of three months. This will enable Defendants to evaluate this issue once Plaintiff has confirmed and/or revealed Plaintiff's identity and also give Plaintiff time, if Plaintiff deems it appropriate, to file a motion to maintain Plaintiff's anonymity in the litigation. In entering into such an agreement, Defendants reserve their right to oppose any motion Plaintiff might file on this issue and, as I mentioned, do not concede that Plaintiff's identity is entitled to any privacy protection.

**Rochelle Wilcox | Davis Wright Tremaine LLP**
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6800 | Fax: (213) 633-6899
Email: rochellewilcox@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** Leslie Vandale [mailto:LVandale@Schifferbuus.com]
**Sent:** Thursday, April 14, 2011 12:35 PM
**To:** Wilcox, Rochelle
**Subject:** RE: John Doe v. Gangland Productions

6/3/2011

Rochelle,

We will reveal the plaintiff's identity if you will agree to file any pleadings revealing plaintiff's identity under seal.

---

Leslie F. Vandale
SCHIFFER & BUUS, APC
Telephone: (949) 825-6140



---

**From:** Wilcox, Rochelle [mailto:rochellewilcox@dwt.com]
**Sent:** Thursday, April 14, 2011 9:56 AM
**To:** Leslie Vandale
**Cc:** Wilcox, Rochelle
**Subject:** RE: John Doe v. Gangland Productions

Hi Leslie,

I don't yet have a copy of the Release pending confirmation of Plaintiff's identity. We believe that Plaintiff is ▓▓▓▓▓▓. Is that correct?

**Rochelle Wilcox | Davis Wright Tremaine LLP**
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6800 | Fax: (213) 633-6899
Email: rochellewilcox@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** Leslie Vandale [mailto:LVandale@Schifferbuus.com]
**Sent:** Thursday, April 14, 2011 9:42 AM
**To:** Wilcox, Rochelle
**Subject:** John Doe v. Gangland Productions

Rochelle,

Thank you for contacting me yesterday regarding the above-referenced case and the issue of our client's identity. If you will send us the release you believe our client executed, we will confirm whether it is the correct person.

Best regards,
Leslie

---

6/3/2011

Leslie F. Vandale
SCHIFFER & BUUS, APC
4675 MacArthur Court, Suite 590
Newport Beach, CA 92660

Telephone: (949) 825-6140
Facsimile: (949) 825-6141
Email: lvandale@schifferbuus.com
Website: www.schifferbuus.com



6/3/2011

**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
 kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
 rochellewilcox@dwt.com
LISA J. KOHN (State Bar No. 260236)
 lisakohn@dwt.com

Attorneys for Defendants
GANGLAND PRODUCTIONS, INC. and
A&E TELEVISION NETWORKS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN DOE, an individual,

    Plaintiff,

vs.

GANGLAND PRODUCTIONS, INC., an Illinois Corporation; A&E TELEVISION NETWORKS, LLC, a Delaware Corporation; and ROES 1-10, inclusive,

    Defendants.

Case No. **SA CV11-00389 AG (MLGx)**

[~~PROPOSED~~] **ORDER CONDITIONALLY SEALING SPECIAL MOTION TO STRIKE PENDING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Date: July 11, 2011
Time: 10:00 a.m.
Dept.: 10D

Assigned to the Hon. Andrew J. Guilford

Action Filed: March 11, 2011

[PROPOSED] ORDER CONDITIONALLY SEALING SLAPP MOTION
DWT 17306361v1 0052023-000026

GOOD CAUSE APPEARING in the application to conditionally file Special Motion to Strike under seal,

IT IS HEREBY ORDERED THAT:

1. Defendants' Special Motion to Strike filed on June 6, 2011 (the "Motion") and supporting evidence submitted by Defendants shall be *conditionally* filed under seal pending Plaintiff's Motion for Protective Order related to Plaintiff's claim that certain information in the Motion is confidential; ~~and,~~

2. ~~Plaintiff shall file a Motion for Protective Order to seek the continued sealing of the information contained in the Motion no later than _____, 2011; and,~~

3. ~~If Plaintiff does not file a Motion for Protective Order by _____, 2011, or, in the alternative, if the Court does not enter an order sealing the information at issue here by _____, the conditional sealing granted herein shall be lifted and the Motion shall be filed in the public record.~~

IT IS SO ORDERED.

DATED: June 14, 2011

_____
Honorable Andrew J. Guilford
United States District Court Judge

1
[PROPOSED] ORDER CONDITIONALLY SEALING SLAPP MOTION
DWT 17306361v1 0052023-000026

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, an individual<br><br>Plaintiff,<br>vs.<br><br>GANGLAND PRODUCTIONS, INC., an Illinois Corporation; A&E TELEVISION NETWORKS, LLC, a Delaware Corporation, and ROES 1-10, inclusive,<br><br>Defendants. | Case No.: SA CV11-00389 AG (MLGx)<br><br>**ORDER CONDITIONALLY SEALING PLAINTIFF'S MEMORANDUM IN OPPOSITION TO SPECIAL MOTION TO STRIKE PENDING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**<br><br>DATE: July 11, 2011<br>TIME: 10:00 a.m.<br>DEPT: 10D<br><br>Action Filed: March 11, 2011 |

TO THE HONORABLE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

For *good cause* appearing in Plaintiff JOHN DOE's ("Plaintiff") application to conditionally file under seal Plaintiff's Memorandum in Opposition to Defendants' Special Motion to Strike and supporting evidence,

///

///

///

1

ORDER GRANTING CONDITIONALLY SEALING PLAINTIFF'S MEMORANDUM IN OPPOSITION TO SPECIAL MOTION

1  **IT IS HEREBY ORDERED THAT:**

2  Plaintiff's Memorandum in Opposition to Defendants' Special Motion to
3  Strike and defendants' supporting evidence shall be conditionally filed under seal
4  pending Plaintiff's motion for protective order based on Plaintiff's claim that
5  certain information in the Memorandum in Opposition and supporting evidence is
6  confidential.

7  **IT IS SO ORDERED.**

9  DATED: June 27, 2011

_[signature]_

Honorable Andrew J. Guilford
United States District Court Judge

ORDER GRANTING CONDITIONALLY SEALING PLAINTIFF'S MEMORANDUM IN
OPPOSITION TO SPECIAL MOTION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
rochellewilcox@dwt.com
LISA J. KOHN (State Bar No. 260236)
lisakohn@dwt.com

Attorneys for Defendants
GANGLAND PRODUCTIONS, INC. and
A&E TELEVISION NETWORKS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GANGLAND PRODUCTIONS, INC., an Illinois Corporation; A&E TELEVISION NETWORKS, LLC, a Delaware Corporation; and ROES 1-10, inclusive,<br><br>Defendants. | Case No. SA CV11-00389 AG (MLGx)<br><br>[PROPOSED] ORDER CONDITIONALLY SEALING DEFENDANTS GANGLAND PRODUCTIONS, INC. AND A&E TELEVISION NETWORKS, LLC'S EVIDENTIARY OBJECTIONS PENDING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER<br><br>Date:   July 11, 2011<br>Time:  10:00 a.m.<br>Dept.:  10D<br><br>Assigned to the Hon. Andrew J. Guilford<br><br>Action Filed: March 11, 2011 |

1  GOOD CAUSE APPEARING in the application to conditionally file
2  Defendants Gangland Productions, Inc. and A&E Television Networks, LLC's
3  Evidentiary Objections under seal,
4  IT IS HEREBY ORDERED THAT:
5  1. Defendants Gangland Productions, Inc. and A&E Television Networks,
6  LLC's Evidentiary Objections filed on June 27, 2011 shall be *conditionally* filed
7  under seal pending Plaintiff's Motion for Protective Order related to Plaintiff's claim
8  that certain information in the Motion is confidential.
9  IT IS SO ORDERED.
10 DATED: July 6, 2011

Honorable Andrew J. Guilford
United States District Court Judge

[PROPOSED] ORDER CONDITIONALLY SEALING
DEFENDANTS' EVIDENTIARY OBJECTIONS
DWT 17484790v1 0052023-000026

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On January 31, 2012, I served the foregoing document(s) described as: **MOTION TO PROVISIONALLY FILE OPENING BRIEF AND EXCERPTS OF RECORD, VOLUME 2, UNDER SEAL** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

> Eric M. Schiffer
> William L. Buus
> Leslie F. Vandale
> SCHIFFER & BUUS, APC
> 4675 MacArthur Court, Suite 590
> Newport Beach, CA 92660
> Tel: (949) 825-6140
> Fax: (949) 925-6141
> eschiffer@schifferbuus.com
> wbuus@ schifferbuus.com
> lvandale@ schifferbuus.com

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on January 31, 2012, at Los Angeles, California.

☒ State — I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

☐ Federal — I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

CAROLINA SOLANO
Print Name

_Signature_